

Alexander Konovolov

Exhibit A