

Marat Kazandjian

Exhibit B