

Vladimir Gorin

Exhibit C