

Gennady Kapkanov

Exhibit D