

Eduard Malanici

Exhibit E