

# Ruslan Vladimirovich Katirkin

# Exhibit F