

Viktor Vladimirovich Eremenko

Exhibit G