

Farkhad Rauf Ogly Manokhin

Exhibit H