

Alexander Van Hoof

Exhibit I