Attention! Forum support changed Jabber ID to new - support@verified.st





Joker's S

(RU) (US)

Advanced Search   quick search...   GO

NEW POSTS | DEPOSIT

HOME / USER CP / LINKS / MEMBERS / VENDORS / ESCROW

# DUMPS SHOP SITE: HTTPS://SWIPED1.SU
## DUMPS SHOP MIRRORS: DUMPS.CC

# DUMPS SHOP SITE: HTTPS://SWIPED1.SU
## DUMPS SHOP MIRRORS: DUMPS.CC

Примем Ваши паки в Америке, мгновенные выплаты   scuff@jabber.no

Verified.VC - only checked people > Main > Hosting, Dedicated Servers, Spam
> **Абузоустойчивые решения: fast flux, сервера/VPS, проксирование, домены/SSL**

Welcome, самогончик.
You last visited: 02.04.2016 at 04:15
Your Notifications: 6

| User CP | New Posts | Search | Log Out |

Notices

## Заберем у вас ваш кеш в Европе Читать всем...

Hosting, Dedicated Servers, Spam Discussing all about spam, we-hosting, DS, VDS, VPS, etc.

ЛУЧШИЕ АБУЗНЫЕ СЕРВЕРА

FIRST UNDERGROUD HIGH QUALITY SHOP

FIRST UNDERGROUD HIGH QUALITY SHOP


AltHost Bulletproof Webhosting Service

POST REPLY >                                                              1 2 > 

Thread Tools   Search this Thread   Rate Thread   Display Modes

**Абузоустойчивые решения: fast flux, сервера/VPS, проксирование, домены/SSL**

10.11.2014, 16:42                                                                 #1

Vendor of: hosting

user41 is offline

Join Date: 31.05.2011
Posts: 29
Deposit: 400$
Trust Limit: 0$

**Абузоустойчивые решения: fast flux, сервера/VPS, проксирование, домены/SSL**

Здравствуйте!

Предлагаем Вам следующие услуги:

- **Абузоустойчивый хостинг по технологии Fast Flux** (хостинг на ботах) под любые проекты. Боты отбираются исключительно на высокоскоростных каналах. Хостинг имеет стабильно высокий аптайм.

- **Редиректы (проксирование) с поддержкой https/SSL**. Идеально подходит для владельцев ботнетов, благодаря такой технологии все абузы будут оставаться у нас. Что позволит Вам использовать сервер в любом дата центре.

- **Абузоустойчивые выделенные сервера и VPS**. С возможностью держать абузы от спамхауза.

- **Регистрация доменов и SSL сертификатов**.

Действуют системы скидок и бонусов.

По всем вопросам обращаться в jabber: **flux@jabber-im.net** или **flux2@jabber-im.net**

Абузоустойчивые решения: fast flux, сервера/VPS, проксирование, домены/SSL

Exhibit J                                                           QUOTE 

Advertising