

Exhibit L