```
250 (Offline)                                          —  ☐  ✕

  250 (Offline)   250_admin (Offline)
250  Logged out
     ███████@xmpp.jp  Client: http://psi-im.org/caps caps-b75dE Offline   ffhost
```

```
250_admin (Offline)                                    —  ☐  ✕

  250 (Offline)   250_admin (Offline)
250_admin
     ███████@exploit.im  Client: http://psi-dev.googlecode.con Offline   ffhost
```

Exhibit M