| | | | | | | |
|---|---|---|---|---|---|---|
| 3248 | 2949 | 2016-01-18 10:39:11 | forget42gibb.com | 38 | 7 | ns1.mommefubsy.pw ns1.hippaculpa.p |
| 3249 | 2950 | 2016-01-18 10:39:53 | groteck14file.com | 38 | 5 | ns1.mommefubsy.pw ns2.mommefubsy |
| 3250 | 2951 | 2016-01-18 10:50:22 | fini4kbimm.com | 38 | 4 | ns1.google.com ns2.google.com |
| 3251 | 2976 | 2016-01-23 11:29:52 | finiki45toget.com | 38 | 5 | ns1.mommefubsy.pw ns1.hippaculpa.p |
| 3252 | 2977 | 2016-01-23 11:35:58 | joreshi50indo.com | 38 | 7 | ns1.mommefubsy.pw ns1.hippaculpa.p |
| 3253 | 2988 | 2016-01-25 11:09:07 | epay-solution.com | 38 | 5 | ns1.mommefubsy.pw ns1.hippaculpa.p |
| 3254 | 3198 | 2016-02-16 07:02:34 | billpay-center.com | 38 | 4 | ns1.google.com ns2.google.com |
| 3255 | 3228 | 2016-02-21 16:42:54 | amoretanointrodano31.com | 38 | 4 | ns1.kasmpudge.pw ns2.kasmpudge.pw |

Exhibit N