**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, February 18, 2016 10:51 AM
**To:** ▓▓▓▓▓▓▓▓
**Subject:** Bank of America

## Bank of America 

**Good morning,**

Please see the attached invoice and remit payment according to the terms listed at the bottom of the invoice. If you have any questions please let us know.

Thank you!

Mr. ▓▓▓▓▓▓▓▓ J.D.
Accounting Specialist| Bank of America, ▓▓▓▓▓▓▓▓ PLLC

invoice_0028556.doc

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investment and insurance products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|
| Are Not Deposits | Are Not Insured by Any Federal Government Agency | Are Not a Condition to Any Banking Service or Activity |

Merrill Edge, available through Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"), consists of Merrill Edge Advisory Center (investment guidance) or self-directed online investing.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Insurance products are offered through Merrill Lynch Life Agency Inc., Bank of America, N.A. and/or Banc of America Insurance Services, Inc., all of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2015 Bank of America Corporation. All rights reserved.

**Forward this email**

☒

This email was sent to ▓▓▓▓▓▓▓▓ by ▓▓▓▓▓▓▓▓

Update

# Exhibit O