[2/16/2016 7:45:02 AM] 250:
<GPGdec>rassilka 4erez fustflux doc macrosda v tele pisem budet to4e4no na jertv slatsa link</GPGdec>

[2/16/2016 7:45:28 AM] 250:
<GPGdec>http://www.billpay-center.com/invoice#007448322.doc</GPGdec>

[2/16/2016 7:45:31 AM] 250:
<GPGdec>kak to tak</GPGdec>

[2/16/2016 7:45:35 AM] 250:
<GPGdec>no nebolshoe kol-vo</GPGdec>

[2/16/2016 7:45:37 AM] 250:
<GPGdec>1k botov</GPGdec>

[2/16/2016 7:46:27 AM] ffhost:
окей
ну как я и говорил выше - домен можем сделать, но гарантий дать не могу т.к. всё очень относительно

[2/16/2016 7:46:42 AM] 250:
<GPGdec>ok</GPGdec>

[2/16/2016 7:46:56 AM] 250:
<GPGdec>billpay-center.com</GPGdec>

[2/16/2016 7:46:59 AM] 250:
<GPGdec>posmotri svoboden</GPGdec>

Exhibit P