**Milochik, Michael (MPD)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, February 16, 2016 10:59 AM |
| **To:** | |
| **Subject:** | Your Quicken Bill Pay Invoice from 02/12/2016. |

Greetings from Quicken Billpay-center!

Thank you for your business, and we look forward to the opportunity of serving you again in the future.

Click the link below to view your Invoice.

**http://www.billpay-center.com/invoices/007448322.doc**

If you have any questions call us at 1-877-488-8843.

Sincerely,
Billpay-center

_____

This message has been scanned for viruses and dangerous content by MailScanner, and is believed to be clean.

**Forward this email**

☒✔ SafeUnsubscribe

This email was sent to
Update Profile/Email Address : Rapid removal with SafeUnsubscribe™ : About our service provider.

Trusted Email from
**Constant Contact**
Try it FREE today.

Veritext · 290 West Mt Pleasant Ave · Suite 3200 · Livingston   NJ   07039

# Exhibit Q