From:
Sent: 2/22/2016 4:35:34 PM +0000
To:
Subject: Bank of America Payment

## Bank of America 

Good morning,

Please see the attached invoice and remit payment according to the terms listed at the bottom of the you have any questions please let us know

Invoice-897-84579.doc

Thank you!

Mr            J.D.
Accounting Specialist| Bank of America,              PLLC

Banking products are provided by Bank of America, N.A and affiliated banks. Members FDIC and wholly owned subsidi: America Corporation.

Investment and insurance products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|
| Are Not Deposits | Are Not Insured by Any Federal Government Agency | Are Not a Condition to Any Service or Activity |

Merrill Edge, available through Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"), consists of Merrill Edge A (investment guidance) or self-directed online investing

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smi

MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Insurance products are offered through Merrill Lynch Life Agency Inc., Bank of America, N.A. and/or Banc of America Insu Inc., all of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2015 Bank of America Corporation. All rights reserved

# Exhibit R